**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHANTE DEMARIS FOLEY, | ) | CASE NO. 1:25-cv-00900 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | **OPINION AND ORDER ADOPTING** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Defendant. | ) | **RECOMMENDATION** |
| | ) | |

On May 5, 2026, Plaintiff Shante Demaris Foley filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's ("Commissioner") decision to deny her applications for disability and disability insurance benefits.  (ECF No. 1).  On March 31, 2026, Magistrate Judge Jonathan D. Greenberg issued a Report and Recommendation ("R&R") recommending that the Court affirm the final decision of the Commissioner.  (ECF No. 10).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to an R&R within fourteen (14) days after service.  The R&R informed the parties that failure to file objections within the 14-day period may result in forfeiture or waiver of any right to appeal to this Court or to the U.S. Court of Appeals.  Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3).  Absent objection, a district court may adopt an R&R without further review.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

As of the date of this Order, 65 days have passed and neither party has objected to the R&R. Accordingly, the Court **ADOPTS** Magistrate Judge Greenberg's R&R (ECF No. 11), incorporates it fully herein by reference, and **AFFIRMS** the final decision of the Commissioner.

**IT IS SO ORDERED.**

Date: June 22, 2026

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**